AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Alfredo Acosta Ornelas

*Defendant(s)*

Case No. SA-24-MJ- **1593**

**FILED**
November 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ac_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 19, 2024 in the county of Guadalupe in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with intent to distribute a controlled substance. Penalties: 10 years to life imprisonment, $10 Million Fine, Minimum 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Rafael Pininlla, TFO
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 20, 2024

*Judge's signature*

City and state: San Antonio, Texas
Hon. Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, DEA Task Force Officer Rafael Pinilla, being duly sworn do hereby depose and state:

1. I am currently employed as a Deputy Sheriff with the Guadalupe County Sheriff's Office and currently assigned as a Task Force Officer with the Drug Enforcement Administration. I have been with the Guadalupe County Sheriff's Office since 2017. During my employment, the Affiant has been personally involved in numerous drug trafficking and money laundering investigations. I have been given special training in the investigation of drug trafficking organizations, communication exploitation, and drug trafficking patterns and techniques. I have participated in this investigation and have thorough knowledge of the facts listed in this complaint.

2. On the evening of November 19, 2024, on Interstate Highway 10 westbound, the Guadalupe County Narcotics Taskforce (GCNTF), and TFO Pinilla witnessed as ORNELAS traveled into Guadalupe County, within the Western District of Texas, ORNELAS vehicle was observed speeding as he traveled. ORNELAS was traveling 82 miles per hour in a 75 miles per hour speed zone which is a violation of the Texas Transportation Code TRANSP § 545.351. Maximum Speed Requirement, the traffic violation was recorded on video. TFO Pinilla informed a Trooper with the Texas Department of Public Safety of the violation.

3. The Trooper initiated a traffic stop of ORNELAS's vehicle. ORNELAS's vehicle was lawfully stopped at the 800 block of Interstate Highway 10 W, Seguin, Texas 78155, within the Western District of Texas, by DPS State Troopers. As the Troopers made contact with ORNELAS, Troopers smelled the odor of burnt marijuana emitting from inside of the vehicle. K9 Deputy Merz, with the GCNTF assisted the Troopers with the traffic stop. ORNELAS and GONZALES were asked to exit the vehicle, both complied. ORNELAS was asked for consent to search his vehicle, and he denied consent. At that point, K9 Deputy Merz deployed his narcotics canine and conducted an open-air sniff around the vehicle. K9 Deputy Merz's canine alerted to the scent of narcotics inside of the vehicle. A probable cause search of the vehicle resulted in Troopers and Deputy Merz locating a gray shoe box on the back floorboard, behind the driver seat. Inside of the box were three (3) large Ziploc bags containing crystal Methamphetamine. The bags had an audit weight of 3046 grams. GONZALES and ORNELAS were arrested and transported to the Guadalupe County Sheriff's Office. The substance in the bags field tested positive for Methamphetamine.

4. Once at the Sheriff's Office, TFO Pinilla read ORNELAS his Miranda Rights Warning. ORNELAS understood his rights and elected to speak with TFO Pinilla. According to ORNELAS he found the shoe box that contained crystal Methamphetamine in Galveston, Texas, on the beach. ORNELAS stated he wanted to make some extra money. TFO Pinilla then began telling ORNELAS about the current investigation TFO Pinilla and the DEA had conducted into

ORNELAS drug trafficking. At that point, ORNELAS refused to answer any further questions and requested an attorney.

5.      Based on the foregoing, I submit there is probable cause to believe that on or about November 19, 2024, Alfredo Acosta ORNELAS, knowingly possessed with intent to distribute at least 500 grams of controlled substance which involved a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)

_____
Rafael Pinilla
Task Force Officer
Drug Enforcement Administration

Sworn to telephonically and electronically signed on the __20th__ day of November, 2024

_____
HON. HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE